

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable W. K. McClain
Criminal District Attorney
Georgetown, Texas

Dear Sir:

Opinion No. O-4725
Re: Nepotism- Uncle of County
Judge's wife may not be ap-
pointed Justice of the Peace.

Your request for opinion has been received and
carefully considered by this department. We quote from
your request as follows:

"I have a question that I would like to
submit to your department for review. We have
here in Williamson County a vacancy in the
Justice of the Peace office. The man who was
elected in July, 1942, primary is named John
Shaw; John Shaw has a sister Mrs. Huffstutler,
and the daughter of Mrs. Huffstutler married
our County Judge, Sam V. Stone.

"Question: Can the County Court, with Sam
V. Stone as County Judge appoint John Shaw as
Justice of the Peace, under the facts as above
given? In other words, under the facts does
the appointment violate Art. 432 of the Penal
Code."

Article 432, Vernon's Annotated Texas Penal Code,
reads as follows:

"No officer of this State or any officer
of any district, county, city, precinct, school
district, or other municipal subdivision of this
State, or any officer or member of any State,
district, county, city, school district or other

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

municipal board, or judge of any court, created
by or under authority of any general or special
law of this State, or any member of the Legis-
lature, shall appoint, or vote for, or confirm
the appointment to any office, position, clerk-
ship, employment or duty, of any person related
within the second degree by affinity or within
the third degree by consanguinity to the person
so appointing or so voting, or to any other
member of any such board, the Legislature, or
court of which such person so appointing or vot-
ing may be a member, when the salary, fees or
compensation of such appointee is to be paid
for, directly or indirectly, out of or from pub-
lic funds or fees of office of any kind or char-
acter whatsoever."

The County Judge is a member of the Commissioners'
Court. Article V, Section 28, of our State Constitution,
and Article 2355, Vernon's Annotated Texas Civil Statutes,
provide, among other things, that the Commissioners' Court
shall fill vacancies in office of Justices of the Peace.

Under the facts stated in your letter Mr. Shaw
is the blood uncle of the County Judge's wife. The County
Judge and Mr. Shaw are related in the second degree by
affinity.

It is our opinion that the appointment would be
in violation of Article 432, V.A.P.C., supra, and therefore
cannot be legally made.

Pursuant to your request we are enclosing here-
with copies of opinions Nos. O-3472, O-2225, and O-1257 of
this department.

APPROVED AUG 28, 1942

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Wm. J. Fanning

Wm. J. Fanning
Assistant

JF:LM
ENCLOSURES

APPROVED
OPINION
COMMITTEE
BY ___ CHAIRMAN